UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | Case No. 20-10846 |
| ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | Section "A" |
| | Chapter 11 |
| Debtor. | |
| MINOR CHILDREN, | Civil Action No. 22-04552 |
| Appellants, | Section "T-1" |
| VERSUS | Judge Greg G. Guidry |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, et al., | Magistrate Judge Janis van Meerveld |
| Appellees. | |

## MOTION TO DISMISS APPEAL

NOW INTO COURT, through undersigned counsel, comes The Roman Catholic Church of the Archdiocese of New Orleans (the "**Debtor**" or "**Archdiocese**"), the debtor and debtor-in-possession in the bankruptcy case from which this appeal arises, who files this *Motion to Dismiss Appeal*.[1] As more fully set forth in the accompanying Memorandum in Support, this Court should dismiss the above-captioned appeal initiated by Appellants for lack of subject matter jurisdiction, lack of appellate standing, and constitutional mootness.

---

[1] This Court's Local Civil Rule 83.4.2, titled "Appeal to the District Court," provides as follows: "Appeals from judgments, orders or decrees of a bankruptcy judge are governed by Part VIII of the Bankruptcy Rules (Section 8001, *et seq.*) and the applicable local rules of the district and bankruptcy courts." Out of an abundance of caution, this Motion to Dismiss Appeal complies with Local Civil Rule 7, which requires a notice of submission and a separate memorandum, and Local Civil Rule 10.1, which governs the form of documents filed in this Court.

#100899540v2

Dated: January 17, 2023

Respectfully submitted,

*/s/ Laura F. Ashley*
R. PATRICK VANCE (#13008)
ELIZABETH J. FUTRELL (#05863)
MARK A. MINTZ (#31878)
LAURA F. ASHLEY (#32820)
Jones Walker LLP
201 St. Charles Avenue, 51st Floor
New Orleans, LA   70170
Telephone: (504) 582-8000
Facsimile:  (504) 589-8260
Email:  pvance@joneswalker.com
Email:  efutrell@joneswalker.com
Email:  mmintz@joneswalker.com
Email:  lashley@joneswalker.com

**ATTORNEYS FOR
THE ROMAN CATHOLIC CHURCH OF
THE ARCHDIOCESE OF NEW ORLEANS**

## CERTIFICATE OF SERVICE

I hereby certify that, on January 17, 2023, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which provides notice of filing to all counsel of record by electronic means.

*/s/ Laura F. Ashley*
Laura F. Ashley