# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | Case No. 20-10846 |
| ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | Section "A" |
| | Chapter 11 |
| Debtor. | |
| MINOR CHILDREN, | Civil Action No. 22-04552 |
| Appellants, | Section "T-1" |
| VERSUS | Judge Greg G. Guidry |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, et al., | Magistrate Judge Janis van Meerveld |
| Appellees. | |

## ORDER

Considering the foregoing Ex Parte *Motion for Leave to File Reply in Support of Motion to Dismiss Appeal* (the "**Motion for Leave**") (R. Doc. 7), filed by The Roman Catholic Church of the Archdiocese of New Orleans (the "**Debtor**," "**Archdiocese**," or "**Appellee**");

**IT IS ORDERED** that:

1. The Motion for Leave is **GRANTED**; and

2. The Archdiocese is permitted to file *The Roman Catholic Church of the Archdiocese of New Orleans' Reply in Support of Motion to Dismiss Appeal*.

New Orleans, Louisiana, this 30th day of January, 2023.

**HON. GREG GERARD GUIDRY**
**UNITED STATES DISTRICT JUDGE**